CLOSED, ECF, MEMBER

# U.S. District Court
## Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:04-cv-07960-JSR
#### Internal Use Only

| | |
|---|---|
| Brodsky v. Pfizer, Inc. et al | Date Filed: 10/08/2004 |
| Assigned to: Judge Jed S. Rakoff | Jury Demand: Defendant |
| Related Case: 1:04-cv-07374-JSR | Nature of Suit: 365 Personal Inj. Prod. Liability |
| Case in other court: State Court-Supreme, 112910-04 | Jurisdiction: Federal Question |
| Cause: 28:1331 Fed. Question: Other | |

**Plaintiff**

**Stephen Brodsky**     represented by  **Eleanor Louise Polimeni**
Finkelstein & Partners, LLP
436 Robinson Ave.
Newburgh, NY 12550
845-563-9421
Fax: 845-562-3492
Email: epolimeni@lawampm.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Pfizer, Inc.**     represented by  **Erik M. Zissu**
Davis Polk & wardwell
450 Lexington Avenue
New York, NY 10017
(212)450-4000
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Erik March Zissu**
Davis Polk & Wardwell
450 Lexington Avenue
New York, NY 10017
(212) 450-4511
Fax: 212 450-3511
Email: zissu@dpw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Parke-Davis**     represented by  **Erik M. Zissu**
*a division of Warner-Lambert Company      (See above for address)
and Warner-Lambert Company L.L.C.*      *LEAD ATTORNEY*
       *ATTORNEY TO BE NOTICED*

https://ecf.nysd.circ2.dcn/cgi-bin/DktRpt.pl?111384671275024-L_280_0-1     5/5/2005

                                      Erik March Zissu
                                      (See above for address)
                                      *ATTORNEY TO BE NOTICED*

**Defendant**

Warner-Lambert Company       represented by  **Erik M. Zissu**
                                                        (See above for address)
                                                         *LEAD ATTORNEY*
                                                        *ATTORNEY TO BE NOTICED*

                                                         **Erik March Zissu**
                                                         (See above for address)
                                                         *ATTORNEY TO BE NOTICED*

**Defendant**

Warner-Lambert Company L.L.C.   represented by  **Erik M. Zissu**
                                                         (See above for address)
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                       **Erik March Zissu**
                                                      (See above for address)
                                                      *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/08/2004 | 1 | NOTICE OF REMOVAL from Supreme Court, County of New York. Case Number: 112910-04. (Filing Fee $ 150.00, Receipt Number 522041).Document filed by Parke-Davis, Pfizer, Inc., Warner-Lambert Company, Warner-Lambert Company L.L.C..(laq, ) Additional attachment(s) added on 10/14/2004 (laq, ). (Entered: 10/12/2004) |
| 10/08/2004 | 2 | RULE 7.1 DISCLOSURE STATEMENT. Document filed by Parke-Davis, Pfizer, Inc., Warner-Lambert Company, Warner-Lambert Company L.L.C..(laq, ) Additional attachment(s) added on 10/14/2004 (laq, ). (Entered: 10/12/2004) |
| 10/08/2004 |  | CASE REFERRED TO Judge Jed S. Rakoff as possibly related to 1:04-cv-7374. (laq, ) (Entered: 10/12/2004) |
| 10/08/2004 |  | Case Designated ECF. (laq, ) (Entered: 10/12/2004) |
| 10/08/2004 | 3 | ANSWER to Complaint. Document filed by Parke-Davis, Pfizer, Inc., Warner-Lambert Company, Warner-Lambert Company L.L.C..(laq, ) (Entered: 10/12/2004) |
| 10/13/2004 | 4 | ANSWER to Complaint with JURY DEMAND. Document filed by Parke-Davis, Pfizer, Inc., Warner-Lambert Company, Warner-Lambert Company L.L.C..(Zissu, Erik) (Entered: 10/13/2004) |

| 10/15/2004 | 5 | NOTICE of Appearance by Eleanor Louise Polimeni on behalf of Stephen Brodsky (Polimeni, Eleanor) (Entered: 10/15/2004) |
|---|---|---|
| 10/25/2004 | 6 | NOTICE OF CASE ASSIGNMENT to Judge Jed S. Rakoff. Judge Unassigned no longer assigned to the case. (gf, ) Modified on 10/26/2004 (gf, ). (Entered: 10/26/2004) |
| 10/25/2004 | | CASE ACCEPTED AS RELATED TO 1:04-cv-7374. (gf, ) (Entered: 10/26/2004) |
| 10/25/2004 | | Magistrate Judge Hnery B. Pitman is so designated. (gf, ) (Entered: 10/26/2004) |
| 10/26/2004 | | Mailed notice to the attorney(s) of record. (gf, ) (Entered: 10/26/2004) |
| 10/27/2004 | | ORDER The Court, on its own motion, hereby consolidates for all purposes all six cases, 04cv6704, 04cv7297, 04cv7374, 04cv7960, 04cv7961, and 04cv7962, which collectively shall henceforth be captioned "In re Neurontin" and bear the docket number of the first-filed case, to wit, 04 Civ. 6704 (JSR). So Ordered. Original filed in case 04cv6704, doc #9. (Signed by Judge Jed S. Rakoff on 10/26/04) (jco, ) (Entered: 10/28/2004) |
| 10/27/2004 | | *** Set/Clear Flags *** Added flag(s):RELATED. Removed flag(s):MEMBER. (jco, ) (Entered: 10/28/2004) |
| 05/02/2005 | 7 | CERTIFIED TRUE COPY OF CONDITIONAL MDL TRANSFER OUT ORDER FROM THE MDL PANEL...transferring this action that is an ECF case from the U.S.D.C. (S.D.N.Y) to the United States District Court - District of Massachusetts.(CM/ECF Account information sent along with the certified copy of the docket sheet. (Signed by Judge MDL Panel on 4/20/05) (gf, ) (Entered: 05/05/2005) |
| 05/02/2005 | | MDL TRANSFER OUT: Mailed certified copy of the docket sheet along with a CM/ECF account information (that allows the USDC-DMA to access our account to save documents numbered 1-7), to the United States District Court - District of Massachusetts. Mailed via Federal Express AIRBILL # 8434 1350 4781 on 5/5/05. (gf, ) (Entered: 05/05/2005) |
| 05/05/2005 | | Mailed letter to the United States District Court - District of Massachusetts acknowledging receipt of their entire file, a certified copy of the transfer order and docket entries. (gf, ) (Entered: 05/05/2005) |